UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SHANIQUA ANDERSON,**

    **Plaintiff,**

v.                                  Case No.  3:22-cv-4902-TKW-MJF

**PEN AIR FEDERAL CREDIT UNION,**

    **Defendant.**

_____/

## **ORDER**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 10). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders and failure to prosecute.  Accordingly, it is

**ORDERED** that:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.  This case is **DISMISSED** without prejudice.

3. The Clerk shall close the case file.

**DONE and ORDERED** this 6th day of September, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**